UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, as trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5N,

               Plaintiff,

       -against-

MICHAEL ROBINSON and BRIDGET ROBINSON,

           Defendants.

**ORDER**

25-CV-04997 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on February 6, 2026. (Doc. 11). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on March 9, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on March 9, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to April 23, 2026 and directs that all of the materials required under Rules 6(A) and 6(B) shall be submitted by April 23, 2026. Additionally, the Court adjourns the case management conference scheduled for April 20, 2026, *sine die*.

Dated: White Plains, New York
      March 19, 2026

                         _____
                         Philip M. Halpern
                         United States District Judge