UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**U.S. Bank National Association,**
**as Trustee for Lehman XS Trust Mortgage**
**Pass-Through Certificates, Series 2005-5N**,

                                       Plaintiffs,

                 -against-

**Michael Robinson**
**Bridget Robinson**

                              Defendant.
------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:25-cv-4997 -VR*

> Copy mailed to Pro Se Defendant at address on docket by Chambers of Judge Reznik on May 29, 2026.

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **June 17, 2026  at 11:00 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 ** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:     White Plains, New York
               May 29, 2026

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge